## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

STACEY BRACEY

VERSUS

MERAKEY, ET AL.

CIVIL ACTION

25-537-SDD-EWD

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Erin Wilder-Doomes dated March 20, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the Motion to Dismiss[3] filed by Defendants Merakey Pennsylvania, Jasmine Porter, Jennifer Kennedy, and Sarah Bates, is **GRANTED IN PART** and that all claims of Plaintiff Stacey Bracey against the following Defendants shall be **DISMISSED WITH PREJUDICE** for failure to state a claim: Jasmine Porter, Jennifer Kennedy, and Sarah Bates.

**IT IS FURTHER ORDERED** that this matter shall be referred to the undersigned for entry of a scheduling order on Plaintiff's remaining federal claims against Defendant Merakey Pennsylvania.

---

[1] Rec. Doc. 17.
[2] Rec. Doc. 47.
[3] Rec. Doc. 17.

certified #   7020 0640 0001 4750 5722

Case 3:25-cv-00537-SDD-EWD    Document 51    04/28/26    Page 2 of 2

**IT IS FURTHER ORDERED** that the Clerk of Court shall transmit this *Ruling* to Plaintiff Stacey Bracey, at the address listed on PACER, by regular and certified mail, return receipt requested.

Signed in Baton Rouge, Louisiana, on this 27 day of April, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA